1  BRIAN J. STRETCH (CABN 16373)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7223
7      FAX: (415) 436-7234
       tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )  NO. 92-CR-00080-EXE
                                         )
14       Plaintiff,                      )  NOTICE OF DISMISSAL
                                         )
15  v.                                   )
                                         )
16  CARLOS LEONCIO TAFICH,               )
                                         )
17       Defendant.                      )
                                         )
18                                       )
                                         )
19                                       )

20

21

22

23       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

24  States Attorney for the Northern District of California dismisses the above indictment as to the

25  following defendant (and only this defendant), and moves that the Court quash the arrest warrant

26  ////

27  ////

28  ////

NOTICE OF DISMISSAL
Case No. 92-cr-00080-EXE

1 | for this defendants issued in connection with this case:   Carlos Leoncio Tafich (defendant 1).

2 | DATED: September 25, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 92-cr-00080-EXE

ORDER

Leave is granted to the government to dismiss the indictment as to the following defendant: Carlos Leoncio Tafich (defendant 1). It is further ordered that the arrest warrant for this defendant issued in connection with this case is quashed.

Date: 9/28/17

THE HONORABLE EDWARD M. CHEN
United States District Judge

NOTICE OF DISMISSAL
Case No. 92-cr-00080-EXE